**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7439**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOB HYPOLITE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.  Cameron McGowan Currie, District Judge.  (CR-98-159, CA-00-3495-4-22)

_____

Submitted:  January 17, 2002          Decided:  January 28, 2002

_____

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Job Hypolite, Appellant Pro Se.  Alfred William Walker Bethea, Assistant United States Attorney, Florence, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Job Hypolite seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] <u>United States v. Hypolite</u>, Nos. CR-98-159; CA-00-3495-4-22 (D.S.C. Aug. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] While we have not determined precisely when the limitations period begins and ends for claims based on <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), we have determined that <u>Apprendi</u> claims may not be raised initially on collateral review. <u>See</u> <u>United States v. Sanders</u>, 247 F.3d 139, 144, 151 (4th Cir. 2001).